JOSEPHINE DONOVAN, Respondent, v. BROOKLYN BUS CORPORATION, Appellant, and SOLOMON KENNER, Defendant.— Judgment in plaintiff's favor for personal injuries suffered in a collision on Manhattan Bridge, New York city, between a

Manhattan-bound bus, owned by app llant, and a Brooklyn-bound automobile, in which plaintiff was a passenger, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.